IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00070-PSF-CBS

BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE, F/K/A
THE FIRST NATIONAL BANK OF CHICAGO AS TRUSTEE
C/O HOMECOMING FINANCIAL NETWORK,

        Plaintiff,

v.

UNITED STATES OF AMERICA, named as Internal Revenue
Service, Chief of Special Procedures,

        Defendant.

## ORDER FOR ENTRY OF FINAL JUDGMENT

Pursuant to the Court's Order on Motion to Dismiss (Dkt. # 22) and the Stipulation of the parties (Dkt. # 25), it is hereby ORDERED that judgment shall be entered as follows:

1)    Plaintiff's declaratory judgment action, brought pursuant to C.R.S. § 38-38-506, is DISMISSED WITH PREJUDICE with respect to the tax lien recorded on October 31, 2005;

2)    The Notice of Federal Tax Lien recorded on November 14, 2005, referred to in paragraph nine of the Complaint, does not attach to the real property located at 8250 Downing Drive, Denver, Colorado 80220, which is more particularly described as Lot 42, Block 7, Coronado Subdivision, County of Adams, State of Colorado; and

3) Each party shall bear its own costs and attorney's fees.

DATED: October 17, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge