**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00070-PSF-CBS

BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE, F/K/A
THE FIRST NATIONAL BANK OF CHICAGO AS TRUSTEE
C/O HOMECOMINGS FINANCIAL NETWORK,

    Plaintiff,

v.

UNITED STATES OF AMERICA, named as Internal Revenue
Service, Chief of Special Procedures,

    Defendant.

_____

ORDER VACATING PRETRIAL CONFERENCE
_____

    Upon the joint motion of plaintiff and defendant United States, and for good cause shown, it is hereby ORDERED that the Pretrial Conference set in this matter for October 22, 2007, is vacated.

    DATED at Denver, Colorado, this 18th day of October, 2007.

                                                             BY THE COURT:

                                                      *s/Craig B. Shaffer*
                                                      Craig B. Shaffer
                                                      United States Magistrate Judge